FILED

07/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0303

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
No. DA-20-0303

BRIAN JOHN TEMPLE

Petitioner and Appellant,

v.

STATE OF MONTANA

Respondent and Appellee.

**ORDER**

UPON the Appellant's unopposed motion, good cause appearing therefrom,

IT IS HEREBY ORDERED that the Appellant's motion to supplement the record is GRANTED. The Lewis and Clark County Clerk of District Court is directed to file the complete docket and transcripts of this matter with the Clerk of the Supreme Montana Court.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2021